IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 3:23-CR-29-23 |
| | § |
| RAFAEL MONTEMAYOR-DERAS | § |

## DEFENDANT RAFAEL MONTEMAYOR-DERAS' UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE IN ORDER TO TRAVEL TO VISIT FAMILY FOR THE CHRISTMAS HOLIDAYS

COMES NOW, the Defendant, Mr. Rafael MONTEMAYOR-DERAS ("Mr. Montemayor-Deras"), by and through Undersigned Counsel, and respectfully files this Unopposed Motion to Modify Conditions of Release so that he may travel to visit his family in Houston and McAllen, Texas, for the upcoming Christmas holidays. In support, Mr. Montemayor-Deras shows the following:

      I.      **PROCEDURAL HISTORY, BACKGROUND, AND DISCUSSION**

In April of 2024, Mr. Montemayor-Deras was indicted in a multi-defendant case in which the Defendants were accused of a variety of controlled substance related offenses. Mr. Montemayor-Deras was charged with two of the 50 counts included in the Indictment.

Mr. Montemayor-Deras was allowed to be released, and on April 10, 2024, Magistrate Judge Edison issued an Order Setting Conditions of Release (Dkt. 289). One condition was that Mr. Montemayor-Deras reside in Corpus Christi, where he works, and not travel outside that jurisdiction, with only certain exceptions (condition 8v).

Since that time, Mr. Montemayor-Deras has been free on bond, and Counsel has confirmed with Mr. Montemayor-Deras' U.S. Probation Officer, Senior Officer Frank Bazan, that he has been fully compliant with all his pre-trial conditions during this entire time.

In fact, because Mr. Montemayor-Deras has fully complied with all the requirements relating to his release, on September 24, 2025, this Honorable Court, with the agreement of both then-AUSA Kenneth Cusick and Senior United States Probation officer Bazan, further modified Mr. Montemayor-Deras' conditions of release, relieving him from his GPS ankle monitor and home confinement restrictions (Dkt. 622).

## II.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Mr. Montemayor-Deras respectfully requests that this Honorable Court grant this Unopposed Motion to Modify Conditions of Release so that he may travel for the Christmas holidays to Houston from December 24-26, 2025, to visit his children, and then to McAllen, Texas, from Dec. 26, 2025 to January 5, 2026 to visit his wife and other family.

Respectfully submitted,

By:  */s/ Anuj Arun Shah*
Anuj Arun Shah
Anuj A. Shah, P.C.
Texas State Bar No. 24038645
S.D. Texas ID No.: 610762
701 North Post Oak Road, Suite 212
Houston, TX 77024-3869
Phone: (713) 975-1128
Fax: (713) 904-2572
Email: Anuj@shah-law.com
*Attorney for Mr. Montemayor-Deras*

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on December 15, 2025, I communicated with Assistant United States Attorney Richard D. Hanes by email communication regarding this Motion, and AUSA Hanes indicated he did not oppose the travel request, and hence, the Motion.

I further certify that I also communicated with Senor United States Probation Officer, Frank Bazan, on December 15, 2025, by email communication, and Officer Bazan stated that he does not oppose either Mr. Montemayor-Deras' travel or this Motion.

                                                    /s/ *Anuj Arun Shah*
                                                    Anuj Arun Shah
                                                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2025, I served the foregoing Unopposed Motion to Modify Conditions of Release on Assistant United States Attorney Richard D. Hanes, as well on Senior U.S. Probation Officer Frank Bazan, by electronic file submission, as permitted by this Court's rules and procedures.

                                                    /s/ *Anuj Arun Shah*
                                                    Anuj Arun Shah
                                                    Attorney for Defendant