# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | **CRIMINAL NO. 3:23-CR-29-23** |
| § | |
| § | |
| RAFAEL MONTEMAYOR-DERAS § | |

## PROPOSED ORDER ON UNOPPOSED MOTION

Before the Court is Defendant Rafael Montemayor-Deras' Unopposed Motion to Modify Conditions of Release so he may travel to visit his family in Houston and McAllen, Texas, respectively, for the upcoming Christmas Holidays; specifically, from December 24th to December 26th, 2025, in Houston, and thereafter, up until January 5, 2026, in McAllen, Texas.

Having reviewed and considered the Motion, this Court hereby **GRANTS/DENIES** the Motion.

**IT IS SO ORDERED.**

SIGNED at Galveston, Texas, this _____ day of _____, 2025.

_____
The Honorable Jeffrey V. Brown
United States District Judge

1